# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

FILED-USDC-NDTX-DA
'24 JUL 11 PM3:57

Shehaylan Caldwell
_____
Plaintiff

v.

Daphanie Caldwell-Atkins
_____
Defendant

Civil Action No.  3-24CV1772-E

## COMPLAINT

There was a Trial set for June 25th 2024 for Petition to modify parent-child relationship. I regained Sole managing Conservativeship of my two children who are Davian matthews and Kaliyaah Caldwell. The Judge Orderd that the other party return my children back in Dallas TX to me no later than July 1st 2024 by 3pm. The other party didn't abide by the court order. The other party is holding my children hostage and refuses to answer any of my phone calls. I have not talked or seen my children since to final decision was made. The other party does not have any rights to my children. The Judge ordered that she go back into the roll of a grandmother.

\* Attach additional pages as needed.

Date   7/11/2024

Signature   Shehaylan Caldwell

Print Name   Shehaylan Caldwell

Address   13753 Briggs St Dallas Tx 75253

City, State, Zip   Dallas Tx, 75253

Telephone   214-407-3387